# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **T. ROWE PRICE GROUP, INC.,** *et al.*, | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | NO. 26-cv-00015 |
| **v.** | : | |
| | : | |
| **MICHAEL R. NEEDLE,** *et al.*, | : | |
| | : | |
| *Defendants.* | : | |

## TEMPORARY RESTRAINING ORDER

**AND NOW**, this 9th day of January 2026, at approximately 4:15 P.M., Eastern Standard Time, upon consideration of T. Rowe Price Group, Inc., T. Rowe Price Associates, Inc., and T. Rowe Price Investment Services, Inc. (collectively "Plaintiffs" or "T. Rowe Price") *motion for temporary restraining order and preliminary injunction*, and the allegations in the complaint, it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, the motion is **GRANTED**, *in part*, and a temporary restraining order is **ENTERED** as follows:

1. As detailed in the accompanying memorandum, Plaintiff has shown a likelihood of success on the merits, that irreparable harm will occur absent injunctive relief, that the balance of hardships favors injunctive relief, and that injunctive relief is in the public interest in this case.

2. Accordingly, unless later rescinded, Defendants are **RESTRAINED** and **ENJOINED** from taking any action to initiate or require Plaintiffs to participate in a FINRA arbitration related to their mother, Rhea Needle's accounts.

3. In accordance with Federal Rule of Civil Procedure 65(c), Plaintiff shall post security in the amount of one-hundred dollars ($100) with the Clerk of Court for the Eastern District of Pennsylvania by January 16, 2024.

4. This Temporary Restraining Order shall expire on January 23, 2025 at 4:15 P.M., Easter Standard Time, unless, before such time, Defendants consent to its extension for a longer period of time, or the Court extends the duration of this Order for good cause or adjudicates Plaintiff's motion for a preliminary injunction.

5. Plaintiff shall be responsible for obtaining any necessary certified copies of this Temporary Restraining Order from the Clerk of Court and for effecting service upon Defendants immediately thereafter.

6. Defendants are hereby **ORDERED** to respond to Plaintiffs' motion for a preliminary injunction, (ECF 5), within ten (10) days of this order, *i.e.*, on or before January 19, 2025.

7. Defendants' failure to respond will result in the issuance of a permanent injunction.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*