**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **T. ROWE PRICE GROUP, INC.,** *et al.,* | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | **NO. 26-0015** |
| **v.** | : | |
| | : | |
| **MICHAEL R. NEEDLE,** *et al.*, | : | |
| *Defendants.* | : | |

## O R D E R

**AND NOW,** this 16th day of March 2026, upon consideration of Plaintiffs T. Rowe Price Group, Inc., T. Rowe Price Associates, Inc., and T. Rowe Price Investment Services, Inc., (collectively "Plaintiffs"), *motion for temporary restraining order and preliminary injunction*, (ECF 5), Defendants' response in opposition, (ECF 15), the testimony and arguments offered at the February 5, 2026 hearing, (ECF 33), and the parties' post-hearing submissions, (ECF 31, 32), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' motion is **GRANTED**. Accordingly, Defendants are hereby **ENJOINED** from proceeding with or filing an arbitration proceedings before the Financial Industry Regulatory Authority and/or from filing any further arbitration pending the resolution of Plaintiffs' request for declaratory relief.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*